**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 26-14370-CIV-CANNON**

**JOSE GARCIA MARTINEZ,**

Petitioner,

v.

**SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,**

Respondents.

_______________________________________/

**ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon Petitioner's Notice of Voluntary Dismissal with Prejudice, filed on November 1, 2026 [ECF No. 12]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Petitioner prior to any Respondent serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITH PREJUDICE** against all Respondents, effective November 1, 2026, the date on which Petitioner filed the Notice of Voluntary Dismissal [ECF No. 12]. The Clerk of Court shall **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 2nd day of November 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record